UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY VILLADO,<br><br>        Plaintiff,<br><br>    v.<br><br>M.D. BIDER, et al.,<br><br>        Defendants. | Case No.: 1:13-cv-01685-SAB (PC)<br><br>ORDER DISREGARDING PLAINTIFF'S SECOND MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT<br><br>[ECF No. 7] |

    Plaintiff Bobby Villado is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

    Now pending before the Court is Plaintiff's second motion to proceed in forma pauperis, filed November 22, 2013.  Inasmuch as Plaintiff was previously granted in forma pauperis status on October 25, 2013, his second motion to proceed in forma pauperis is denied as MOOT.

IT IS SO ORDERED.

Dated: **November 26, 2013**

                                  UNITED STATES MAGISTRATE JUDGE