1

2

3

4

5

6

7

8                        **UNITED STATES DISTRICT COURT**

9                        **EASTERN DISTRICT OF CALIFORNIA**

10

11   BOBBY VILLADO,                          )   Case No.: 1:13-cv-01685-SAB (PC)
                                             )
12               Plaintiff,                  )   ORDER DISMISSING ACTION, WITH
                                             )   PREJUDICE, FOR FAILURE TO STATE A
13          v.                               )   COGNIZABLE CLAIM UPON WHICH RELIEF
                                             )   MAY BE GRANTED UNDER SECTION 1983
14   M.D. BIDER, et al.,                     )
                                             )   [ECF Nos. 1, 12]
15               Defendants.                 )
                                             )   ORDER THAT DISMISSAL IS SUBJECT TO 28
16   _____     )   U.S.C. § 1915(G)

17          Plaintiff Bobby Villado is appearing pro se and in forma pauperis in this civil rights action

18   pursuant to 42 U.S.C. § 1983.  Pursuant to 28 U.S.C. § 636(c), Plaintiff consented to the jurisdiction of

19   the United States Magistrate Judge on October 30, 2013.  Local Rule 302.

20          On April 25, 2014, the Court dismissed Plaintiff's complaint for failure to state a claim under

21   section 1983 and ordered Plaintiff to file an amended complaint within thirty days.  28 U.S.C. §

22   1915A; 28 U.S.C. § 1915(e).  More than thirty days have passed and Plaintiff has not complied with or

23   otherwise responded to the Court's order.  As a result, there is no pleading on file which sets forth any

24   claims upon which relief may be granted.

25          Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), this action is HEREBY

26   DISMISSED, with prejudice, based on Plaintiff's failure to state a claim upon which relief may be

27   ///

28   ///

                                                    1

granted under section 1983.  This dismissal is subject to the "three-strikes" provision set forth in 28 U.S.C. § 1915(g).  Silva v. Di Vittorio, 658 F.3d 1090, 1098-99 (9th Cir. 2011).

IT IS SO ORDERED.

Dated:   **June 9, 2014**

_____
UNITED STATES MAGISTRATE JUDGE

2